UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00409-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARGARITO MORALES-OLIVA,

2. FRANCISCO OLIVAS-MOTA,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, December 8, 2006,** and responses to these motions shall be filed by **Friday, December 22, 2006.** It is

    FURTHER ORDERED that a hearing on all pending motions is not set at this time. It is

    FURTHER ORDERED that a 4-day jury trial is set for **Tuesday, January 16, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated: November 21, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge