UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00409-WYD

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1. MARGARITO MORALES-OLIVA,

2. FRANCISCO OLIVAS-MOTA,

　　　　Defendants.

_____

**ORDER**
_____

　　　　THIS MATTER is before the Court upon review of the file.  On December 8,

2006, Defendant Margarito Morales-Oliva filed a Motion to Declare Case Complex,

Vacate Trial Date, and Set Status Conference [# 29].  On December 12, 2006, I issued

a minute order that was less than clear as to what relief was granted by the minute

order.  The minute order was intended to convey that Defendant Margarito Morales-

Oliva's Motion to Declare Case Complex, Vacate Trial Date, and Set Status

Conference was granted only to the extent that Defendant requested a status

conference to hear argument on the complexity issue and to review case management

issues.  No ruling as to the complexity motion has been made.  Accordingly, it is

　　　　ORDERED that the Minute Order dated December 12, 2006 is hereby

**VACATED.**  It is

　　　　FURTHER ORDERED that a status conference and hearing on Defendant

Margarito Morales-Oliva's Motion to Declare Case Complex, Vacate Trial Date, and Set

Status Conference is set for **Tuesday, January 16, 2007 at 2:30 p.m.**

     Dated:  December 20, 2006

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge