UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00409-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARGARITO MORALES-OLIVA,

2. FRANCISCO OLIVAS-MOTA,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Motion to Declare Case Complex, Vacate Trial Date, and Set Status Conference [# 29], filed December 8, 2006.  On January 18, 2007, the Court held a status conference and a hearing on the motion. Defense counsel for both Defendants indicated that a continuance is sought because the remaining time until trial is inadequate for counsel to effectively represent the Defendants.  The Court, having reviewed the motion, considered the arguments represented by both defense counsel and the Government, and being fully advised in the premises, hereby finds that the failure to grant a continuance in this case which I do not find to be complex would deny Defendants and their counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, defense counsel has

indicated that they expect that the defense in this case will involve the presentation of numerous potential witnesses who are currently unknown and an alleged victim who has been deported to Mexico.  I further find that the ends of justice served by an additional one-hundred twenty (120) day extension of the speedy trial deadlines outweigh the best interest of the public and both Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that the Motion to Declare Case Complex, Vacate Trial Date, and Set Status Conference [# 29], filed December 8, 2006 is **GRANTED** pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  In accordance therewith, it is

FURTHER ORDERED that the speedy trial deadlines are tolled for an additional **one-hundred twenty (120) days**.  It is

FURTHER ORDERED that a hearing on the pending motions is set for **Thursday, May 30, 2007, at 9:00 a.m.**  It is

FURTHER ORDERED that any remaining motions shall be filed by **Friday, March 30, 2007.**

Dated:  January 19, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge