UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00409-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARGARITO MORALES-OLIVA,

2. FRANCISCO OLIVAS-MOTA,

    Defendants.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Reschedule Change of Plea Hearing [# 67], filed July 11, 2007 is **GRANTED.**  The Change of Plea Hearing set for July 20, 2007, is **VACATED.**  Counsel is ordered to contact the Court to reschedule.

    Dated:  July 12, 2007