IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00409-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARGARITO MORALES-OLIVA,

    Defendant.

## ORDER

    Upon the motion of the United States of America, and for good cause shown, it is

    ORDERED that Count Two of the Indictment in the above-captioned case is dismissed.

    Dated this 14th day of November, 2007.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  United States District Judge